UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0026 (LJM/KPF) |
| | ) | |
| CORNELL L. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

# **A M E N D E D**
# **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Cornell L. Davis's supervised released be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 11 months in the custody of the Attorney General or his designee. No supervised release will follow. The defendant will self-surrender upon designation by the Bureau of Prisons of the place of incarceration.

SO ORDERED this 8th day of September, 2011.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sharon Jackson,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
One Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service